

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH ORR,<br><br>                                    Petitioner,<br><br>v.<br><br>THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>                                    Respondents. | Case No.: 3:26-cv-03793-JES-JLB<br><br>**ORDER DISMISSING CASE** |

Presently before the Court is Petitioner Vincent Keith Orr's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1). The petition alleges that Petitioner wanted to "recant [his] plea and go to trial," but his attorney failed to follow his directions. ECF No. 1 at 2. The petition is a challenge to the guilty plea and manner in which the plea occurred, not a challenge to the execution of a sentence properly brought under 28 U.S.C. § 2241. *See Doganiere v. United States*, 914 F.2d 165, 169-70 (9th Cir. 1990) (recognizing that a petition under Section 2241 challenges the manner of the execution of a sentence, whereas Section 2255 challenges the propriety of the sentence itself). Additionally, Petitioner has already filed a motion to vacate his sentence pursuant

1

to 28 U.S.C. § 2255 in his criminal case and the Court will address that motion. The Court therefore **DISMISSES** this case opened pursuant to 28 U.S.C. § 2241 and directs the Clerk of Court to close this case.

   **IT IS SO ORDERED.**

Dated: July 16, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-03793-JES-JLB